UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT LUMPKIN,<br><br>               Plaintiff,<br><br>   v.<br><br>YANES, et. al.,<br><br>               Defendants. | Case No. C17-1644 RAJ<br><br>**ORDER DENYING MOTION FOR DISCOVERY** |

The Court **DENIES** without prejudice plaintiff's motion for discovery, Dkt. 22, because it is premature, and was filed without a certification that the parties met and attempted to resolve the discovery dispute as required by Local Rule 37.

DATED this 16th day of February, 2018.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER DENYING MOTION FOR DISCOVERY - 1