UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT LUMPKIN,<br><br>               Plaintiff,<br><br>   v.<br><br>YANES, et. al.,<br><br>               Defendants. | Case No. C17-1644 RAJ<br><br>**ORDER DENYING MOTION TO AMEND SECOND AMENDED COMPLAINT** |

      The Court **DENIES** plaintiff's motion, Dkt. 25, to amend the Second Amended Complaint. Dkt. 22. Plaintiff's motion contains nothing tying the new allegations contained in the motion to the present case. If plaintiff believes a new set of defendants have committed new acts violating his rights, he must file a new complaint, and request a new case number.

      The Clerk shall provide a copy of this order to plaintiff.

      DATED this 2nd day of March, 2018.

                                                /s/ signature<br>
                                          BRIAN A. TSUCHIDA<br>
                                          United States Magistrate Judge