UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT LUMPKIN,

      Plaintiff,

 v.

YANES, et. al.,

      Defendants.

Case No. C17-1644 RAJ

**ORDER STRIKING MOTION FOR DEFENDANTS TO ANSWER INTERROGATORIES**

  The Court **STRIKES** plaintiff's motion for defendants to answer interrogatories, Dkt. 32, and **ORDERS** plaintiff to comply with the following:

  1. Discovery requests, such as interrogatories must be sent to the defendants, not filed with the Court. Plaintiff must thus send his interrogatories to defendants.

  2. A party may serve no more than 25 interrogatories. A party seeking to serve more than 25 interrogatories must obtain permission from the court.

  3. A party who has been served with an interrogatory has 30 days to respond after receiving them.

  4. If a problem regarding interrogatories or other discovery requests arises, the party claiming there is a problem must make a good faith effort to meet and confer with the opposing party. Any motion filed with the court requesting the Court to compel discovery or resolve a discovery dispute must include a certification from the party who filed the motion that the party

has made a good faith effort to resolve the discovery dispute, including the date, manner and participants to the discovery dispute conference.

5. Here, there is no indication plaintiff served his interrogatories upon defendants. The Court accordingly **ORDERS** plaintiff's motion Dkt. 32, be **STRICKEN**, and that plaintiff comply with the requirements set forth above.

6. The Clerk shall provide a copy of this order to the parties.

DATED this 27th day of March, 2018.

BRIAN A. TSUCHIDA
United States Magistrate Judge