UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT LUMPKIN,<br><br>                Plaintiff,<br><br>    v.<br><br>YANES, et. al.,<br><br>                Defendants. | Case No. C17-1644 RAJ<br><br>**ORDER GRANTING MOTION FOR PROTECTIVE ORDER AND TO SEAL** |

The Court **GRANTS** defendants' motion for protective order and to file a video under seal, Dkt. 34, for the reasons set forth in defendants' motion and supporting declarations. The Court **ORDERS:** Defendants' motion for protective order and to file the video under seal is **GRANTED**. The Clerk shall provide a copy of this order to the parties.

DATED this 27th day of April, 2018.

                                                      BRIAN A. TSUCHIDA
                                                    United States Magistrate Judge

ORDER GRANTING MOTION FOR PROTECTIVE ORDER AND TO SEAL - 2