UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT LUMPKIN,

                Plaintiff,

v.

YANES, et al.,

                Defendants.

Case No. 17-1644 RAJ-BAT

**ORDER DENYING MOTION TO APPOINT COUNSEL**

Plaintiff filed a *pro se* and *in forma pauperis* civil rights action. He now moves for appointment of counsel. Dkt. 40. A person generally has no right to counsel in a civil action. *See Campbell v. Burt*, 141 F.3d 927, 931 (9th Cir. 1998). The Court may appoint counsel for indigent civil litigants under 28 U.S.C. § 1915(e)(1), but only under "exceptional circumstances." *Agyeman v. Corrections Corp. of Am.*, 390 F.3d 1101, 1103 (9th Cir. 2004). When determining whether "exceptional circumstances" exist, the Court considers "the likelihood of success on the merits as well as the ability of the [plaintiff] to articulate his claims pro se in light of the complexity of the legal issues involved." *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983).

      Plaintiff requests appointment of counsel on the grounds he cannot hire counsel on his own, and he has no legal training. These are not extraordinary circumstance warranting the

ORDER DENYING MOTION TO APPOINT COUNSEL - 1

appointment of counsel and the Court accordingly **DENIES** the motion without prejudice. Dkt. 40.

The Clerk shall provide a copy of this Order to plaintiff.

DATED this 1st day of June, 2018.

                                             _____
                                             BRIAN A. TSUCHIDA
                                             United States Magistrate Judge

ORDER DENYING MOTION TO APPOINT COUNSEL - 2