UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT LUMPKIN,

              Plaintiff,

   v.

YANES, et. al.,

             Defendants.

Case No. C17-1644 RAJ

**ORDER REGARDING LETTER FROM PLAINTIFF**

On July 3, 2018, the Court received a letter from plaintiff indicating he does not recall the names of the judges assigned to his cases, and he is working on an objection to defendants' motion for summary judgment. Dkt. 57. Plaintiff also asks the Court to inform his prison he "needs legal work regarding Lumpkin v. Yanes also Lumplin v. Salt." *Id*.

The Court **ORDERS**:

1. Defendants' filed a motion for summary judgment on May 31, 2018, and the matter was noted for June 29, 2018 for the Court's consideration. Dkt. 43. The Court thus views plaintiff's letter as an untimely request to submit a late response to the motion. Although the Court normally denies all untimely requests, the Court, in this one instance, will permit plaintiff to file an untimely response.

2. Plaintiff's response to the motion for summary judgment is due no later than **July 23, 2018**. The Clerk shall note the motion for **July 27, 2018** summary judgment as ready for the

ORDER REGARDING LETTER FROM PLAINTIFF - 1

Court's consideration.

3. Plaintiff's letter references Lumpkin v. Salt. The case number in that matter is 18-330 RSM-JPD. The Court in this order takes no action as to Lumpkin v. Salt. If plaintiff seeks Court action in that case, he must file his pleadings under 18-330-RSM-JPD.

4. Plaintiff's request that the Court direct the Department of Corrections to provide him with his legal work is DENIED. The Department of Corrections is not a party to this action and it would thus be inappropriate for the Court to order the Department to do anything in this case at this time.

5. The Clerk shall provide the parties with a copy of this order.

DATED this 6th day of July, 2018.

BRIAN A. TSUCHIDA
United States Magistrate Judge