UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT LUMPKIN,<br><br>               Plaintiff,<br><br>   v.<br><br>YANES, et. al.,<br><br>               Defendants. | Case No. C17-1644 RAJ<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO EXTEND TIME TO RESPOND TO SUMMARY JUDGMENT** |

Defendants' filed a motion for summary judgment on May 31, 2018, and the matter was noted for June 29, 2018 for the Court's consideration. Dkt. 43. On July 3, 2018, plaintiff filed a letter the Court viewed as an untimely request to submit a late response to the motion. Dkt. 57. The Court granted an extension and directed plaintiff to file a response to the motion for summary judgment no later than **July 23, 2018**. Dkt. 58.

On July 9, 2018, plaintiff filed a motion to extend the time to respond but also filed a response to the summary judgment motion. Dkts. 59, 60. Because plaintiff has filed a response to the summary judgment motion, the Court ORDERS:

1. The motion to extend time to respond that was filed by plaintiff on July 9, 2018, Dkt. 60, is DENIED.

2. The Court has already granted plaintiff leave to file a response no later than July 23, 2018. If plaintiff desires to supplement the response he has already filed at Dkt. 59, he must do

ORDER DENYING PLAINTIFF'S MOTION TO EXTEND TIME TO
RESPOND TO SUMMARY JUDGMENT - 1

so by July 23, 2018.

    5.   The Clerk shall provide the parties with a copy of this order.

DATED this 10th day of July, 2018.

                                              BRIAN A. TSUCHIDA
                                              United States Magistrate Judge