UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT LUMPKIN,<br><br>               Plaintiff,<br><br>   v.<br><br>MAIL ROOM CLERKS et al.,<br><br>               Defendants. | CASE NO. C17-1644 RAJ-BAT<br><br>**ORDER DENYING MOTION FOR SUMMARY JUDGMENT IN PART AND GRANTING IN PART** |

The Court, having reviewed the papers filed in support of and in opposition to defendants' motion for summary judgment, the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, and the remaining record, **ORDERS**:

1. The Report and Recommendation is **ADOPTED**;
2. Defendants' motion for summary judgment (Dkt 43) is **GRANTED** as to defendant Nicholas and **DENIED** as to defendants Sigh, Yanes and Acheampong.
3. Plaintiff's claims against defendant Nicholas are **DISMISSED without prejudice**.

DATED this 29th day of August, 2018.

_Richard A. Jones_
The Honorable Richard A. Jones
United States District Judge

ORDER DENYING MOTION FOR
SUMMARY JUDGMENT IN PART AND
GRANTING IN PART - 1