UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT LUMPKIN,<br><br>               Plaintiff,<br><br>   v.<br><br>YANES, et. al.,<br><br>               Defendants. | Case No. C17-1644 RAJ<br><br>**ORDER GRANTING MOTION TO STRIKE UNTIMELY JURY DEMAND** |

The Court **GRANTS** defendant's motion, Dkt. 70, and **STRIKES** plaintiff's untimely demand for a jury trial. Dkt. 68. Plaintiff filed a complaint and amendments to the complaint in December 2017. Plaintiff did not demand a jury until September 24, 2018, and has not responded to defendants' motion.

The Clerk shall provide a copy of this order to plaintiff.

DATED this 12th day of October, 2018.

                                                BRIAN A. TSUCHIDA
                                                United States Magistrate Judge