THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

ROBERT J. LUMPKIN,

    Plaintiff,

v.

HECTOR YANES, *et al.*,

    Defendants.

CASE NO. C17-1644-JCC

ORDER

This matter comes before the Court on Plaintiff's unopposed motion for temporary removal or transport to trial (Dkt. No. 79). The motion is GRANTED. The Department of Corrections is ORDERED to transport Plaintiff Robert Lumpkin (DOC # 829720) to the United States Courthouse, 700 Stewart Street, Courtroom 16229, Seattle, WA 98101, on July 1, 2019, in time for Plaintiff's 9:00 a.m. trial. The Department of Corrections is further ORDERED to transport Plaintiff in this manner for the duration of the trial. The Clerk is DIRECTED to provide a copy of this order to Plaintiff and to the U.S. Marshals. The Clerk is further DIRECTED to provide a copy of this order to The Monroe Correctional Complex – Minimum Security Unit, via email at DOCDLMCCRecords@doc1.wa.gov.

//

//

//

ORDER
C17-1644-JCC
PAGE - 1

THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

ROBERT J. LUMPKIN,

    Plaintiff,

v.

HECTOR YANES, *et al.*,

    Defendants.

CASE NO. C17-1644-JCC

ORDER

This matter comes before the Court on Plaintiff's unopposed motion for temporary removal or transport to trial (Dkt. No. 79). The motion is GRANTED. The Department of Corrections is ORDERED to transport Plaintiff Robert Lumpkin (DOC # 829720) to the United States Courthouse, 700 Stewart Street, Courtroom 16229, Seattle, WA 98101, on July 1, 2019, in time for Plaintiff's 9:00 a.m. trial. The Department of Corrections is further ORDERED to transport Plaintiff in this manner for the duration of the trial. The Clerk is DIRECTED to provide a copy of this order to Plaintiff and to the U.S. Marshals. The Clerk is further DIRECTED to provide a copy of this order to The Monroe Correctional Complex – Minimum Security Unit, via email at DOCDLMCCRecords@doc1.wa.gov.

//

//

//

1 DATED this 20th day of May 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C17-1644-JCC
PAGE - 2