THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT J. LUMPKIN,<br><br>Plaintiff,<br>v.<br><br>HECTOR YANES, *et al.*,<br><br>Defendants. | CASE NO. C17-1644-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The parties are ORDERED to file a proposed pretrial order by June 27, 2019.

DATED this 6th day of June 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk