THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ROBERT J. LUMPKIN, | CASE NO. C17-1644-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HECTOR YANES, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The Court DIRECTS Courthouse Security to allow Defendants in the above-captioned case to bring food and drink into the courthouse for the duration of the trial, which begins on Monday, July 1, 2019.

DATED this 27th day of June 2019.

                                               William M. McCool
                                               Clerk of Court

                                               s/Tomas Hernandez
                                               Deputy Clerk