UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT J. LUMPKIN, | CASE NO. [Case #] |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HECTOR YANES, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties are ORDERED to file proposed findings of fact and conclusions of law no later than 5:00 p.m. on Monday, July 1, 2019.

DATED this 27th day of June 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
