THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ROBERT J. LUMPKIN, | CASE NO. C17-1644-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HECTOR YANES, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' motions *in limine* (Dkt. Nos. 89, 92). The Court resolved the motions as indicated on the record of today's trial.

DATED this 1st day of July 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C17-1644-JCC
PAGE - 1